IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 4:08cr24-SPM

JOSHUA PANNELL,

        Defendant.
_____/

## ORDER AUTHORIZING TRAVEL

This cause comes before the Court on Defendant Joshua Pannell's Motion for Authorization to Travel (doc. 27). The Government does not oppose. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 27) is granted.

2. Defendant may travel to Lake Worth Florida and temporarily reside with his sister-in-law from December 17, 2008 through December 27, 2008.

DONE AND ORDERED this 12th day of November, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge