IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | **Docket No. 4:08CR24-001** |
| ) | | |
| **JOSHUA PANNELL** ) | | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on February 9, 2009.

The defendant entered a plea of not guilty to the violation as outlined in the Petition and the Court finds that the defendant did not violate the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release with the following modifications: Participation in the Home Detention Electronic Monitoring Program is hereby terminated. A community service condition is added, and the defendant shall complete 500 hours of community service. All other aspects of the sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 23rd day of April, 2009, nunc pro tunc April 13, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge